**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                                                  CASE NO.: 1:08cr22-SPM/AK

JOHN H. FORBES,

      Defendant.
_____/

## ORDER ADVANCING SENTENCING HEARING

Upon consideration, Defendant's "Motion to Advance Sentencing Date" (doc. 24) is **granted**. Sentencing is reset for 1:30 p.m. on **November 3, 2008** in Gainesville, Florida.

DONE AND ORDERED this twenty-third day of October, 2008.


                        *s/ Stephan P. Mickle*
                        Stephan P. Mickle
                        United States District Judge